RECEIVED

AUG 2 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| LEIGH ANN BLUNDELL SEAUX | CIVIL ACTION NO.: 6:06 CV 0909 |
| VERSUS | JUDGE DOHERTY |
| WAL-MART STORES, INC. | MAGISTRATE JUDGE HILL |

## ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that plaintiff's Motion to Remand [Doc. 6] be DENIED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 22 day of August, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE